Gregg S. Garfinkel, Esq., S.B. #156632
ggarfinkel@stonedeanlaw.com
STONE | DEAN LLP
21600 Oxnard Street, Upper Lobby – Suite 200
Woodland Hills, California 91367
Tel:  (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff,
Veestro, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEESTRO, INC.<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 20-10933-GW-JPRx<br>*[Complaint filed: 12/01/2020]*<br>*[Assigned for all Purposes to the Honorable George H. Wu, Ctrm. 9D]*<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[*Filed concurrently with Stipulation for Dismissal with Prejudice*] |

**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

LA20CV10933GW-O JS-6.docx

Pursuant to the parties' "Stipulation for Dismissal with Prejudice" and good cause appearing therefore, IT IS HEREBY ORDERED that the complaint against Defendant J.B. Hunt, including all causes of action alleged therein, is hereby dismissed with prejudice. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  December 14, 2021

By: *George H. Wu*
Hon. George H. Wu
United States District Judge